1 | **MARK W. COLEMAN, #117306**
**ROGER S. BONAKDAR, #253920**
2 | **NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
3 | FRESNO, CA 93721
PHONE (559) 233-2900
4 | FAX (559) 485-3852

ATTORNEYS FOR Defendants,
PARMJIT SINGH, BARBARA JEAN BITTER, an Individual
and As Trustee of the Bitter Family Trust, and
ROBERT GEORGE BITTER, an Individual
and As Trustee of the Bitter Family Trust

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| FERNANDO RUBIO, | Case No.: 1:10-CV-01583-OWW-DLB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO SERVE AND FILE ANSWER TO COMPLAINT; ORDER THEREON** |
| PARMJIT SINGH, ET AL., | |
| Defendants. | |

WHEREAS, Plaintiff's complaint was served upon Defendant Parmjit Singh on September 13, 2010.

WHEREAS, Plaintiff's complaint was served upon Defendants Barbara Jean Bitter and Robert George Bitter on September 14, 2010.

WHEREAS Defendant Parmjit Singh's Answer to the Complaint was due on October 4, 2010.

WHEREAS Defendant Barbara Jean Bitter and Robert George Bitter's Answer to the Complaint was due on October 5, 2010.

WHEREAS Plaintiff granted Defendants an extension of time to answer the complaint to October 26, 2010.

WHEREAS the parties are exploring an early resolution and settlement of this matter, which

will include a survey of the subject premises by a third party—and arrangements for the survey are underway.

WHEREAS the parties believe it to be mutually desirable to avoid further costs of litigation to discuss and explore a resolution, which is agreed to occur in a reasonable time after the survey is complete.

IT IS HEREBY STIPULATED by and between attorneys for the respective parties herein that Defendants' Answer to Complaint, originally due on October 26, 2010, be given an extension of time to file their Answer until December 15, 2010.

DATED: November 16, 2010.                    Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

_____
MARK W. COLEMAN
Attorneys for Defendants

DATED: November 16, 2010.                    MOORE LAW FIRM, PC

/S/ TANYA L. MOORE

_____
TANYA LEVINSON MOORE
Attorneys for Plaintiff

## O R D E R

Based on the stipulation of the parties, I find that good cause exists to extend the time for each of the Defendants to file their answer to the Plaintiff's complaint.

Defendants, and each of them, shall have to and through December 15, 2010 to serve and file an answer.

IT IS SO ORDERED.

**Dated:   November 23, 2010**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE