(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **ROGER S. BONAKDAR, #253920**
2  **NUTTALL & COLEMAN**
   2445 CAPITOL STREET, SUITE 150
3  FRESNO, CA 93721
   PHONE (559) 233-2900
4  FAX (559) 485-3852

5

   ATTORNEYS FOR Defendants,
6  PARMJIT SINGH, BARBARA JEAN BITTER, an Individual
   and As Trustee of the Bitter Family Trust, and
7  ROBERT GEORGE BITTER, an Individual
   and As Trustee of the Bitter Family Trust
8

9                  UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                          * * * * * * * *

12 | FERNANDO RUBIO,            | Case No.: 1:10-CV-01583-OWW-DLB
13 |     Plaintiff,             | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO SERVE AND FILE ANSWER TO COMPLAINT AND [PROPOSED] ORDER THEREON**
14 |     vs.                    |
15 | PARMJIT SINGH, ET AL.,     |
16 |     Defendants.            |

17

18     WHEREAS the parties previously stipulated to an extension of time, to and through
19 December 15, 2010, for each of the Defendants to file an Answer to Plaintiff's complaint.

20     WHEREAS Defendants have hired a CASp consultant to evaluate the subject premises, and
21 expect said evaluation is to be completed by January 8, 2010.

22     WHEREAS the parties continue to believe that this matter will, and can be resolved without
23 further litigation.

24     WHEREAS the parties believe it to be mutually desirable to avoid further costs of litigation
25 to discuss and explore a resolution, which is agreed to occur in a reasonable time after the survey is
26 complete.

27 ///

28 ///

1  IT IS HEREBY STIPULATED by and between attorneys for the respective parties herein that Defendants' Answer to Complaint, currently due on December 15, 2010, be given an extension of time to file their Answer until January 3, 2011.

DATED: December 15, 2010.        Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

_____
MARK W. COLEMAN
Attorneys for Defendants

DATED: December 15, 2010.        MOORE LAW FIRM, PC

/S/ TANYA L. MOORE

_____
TANYA LEVINSON MOORE
Attorneys for Plaintiffs

**O R D E R**

Based on the stipulation of the parties, I find that good cause exists to extend the time for each of the Defendants to file their answer to the Plaintiff's complaint.

Defendants, and each of them, shall have to and through January 3, 2011 to serve and file an answer.

IT IS SO ORDERED.

**Dated:   December 16, 2010**           **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE