(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **ROGER S. BONAKDAR, #253920**
2  **NUTTALL & COLEMAN**
   2445 CAPITOL STREET, SUITE 150
3  FRESNO, CA 93721
   PHONE (559) 233-2900
4  FAX (559) 485-3852

5

   ATTORNEYS FOR Defendants,
6  PARMJIT SINGH, BARBARA JEAN BITTER, an Individual
   and As Trustee of the Bitter Family Trust, and
7  ROBERT GEORGE BITTER, an Individual
   and As Trustee of the Bitter Family Trust
8

9                 **UNITED STATES DISTRICT COURT**

10                 **EASTERN DISTRICT OF CALIFORNIA**

11                          * * * * * * * *

12  FERNANDO RUBIO,                    Case No.: 1:10-CV-01583-OWW-DLB

13        Plaintiff,                   **STIPULATION FOR EXTENSION OF**
                                       **TIME FOR DEFENDANTS TO SERVE**
14        vs.                          **AND FILE ANSWER TO COMPLAINT**
                                       **AND**
15  PARMJIT SINGH, ET AL.,             **ORDER THEREON**

16        Defendants.

17

18        WHEREAS the parties previously stipulated to an extension of time, to and through January

19  3, 2011, for each of the Defendants to file an Answer to Plaintiff's complaint.

20        WHEREAS Defendants have hired a CASp consultant to evaluate the subject premises, and

21  a preliminary review of the premises has been performed.

22        WHEREAS the parties have substantively discussed settlement, and are working to finalize

23  and Settlement Agreement and Release.

24        WHEREAS the Joint Scheduling Conference Statement and the Defendants' Answers to

25  Plaintiff's Complaint are due today..

26        WHEREAS the parties believe it to be mutually desirable to avoid further costs of litigation

27  to explore a resolution, which the parties believe can be achieved in the coming weeks.

28  ///

IT IS HEREBY STIPULATED by and between attorneys for the respective parties herein that Defendants' Answer to Complaint, be given an extension of time to file their Answer until January 21, 2011, and that the Joint Scheduling Conference be continued to February 25, 2011.

DATED: January 6, 2011.                Respectfully submitted,

                                        NUTTALL & COLEMAN

                                        /s/ MARK W. COLEMAN

                                        _____
                                        MARK W. COLEMAN
                                        Attorneys for Defendants

DATED: January 6, 2011.                MOORE LAW FIRM, PC

                                        /S/ TANYA L. MOORE
                                        _____
                                        TANYA LEVINSON MOORE
                                        Attorneys for Plaintiffs

**O R D E R**

Based on the stipulation of the parties, I find that good cause exists to extend the time for each of the Defendants to file their answer to the Plaintiff's complaint, and to continue the Scheduling Conference (and the Joint Report).

Defendants, and each of them, shall have to and through January 21, 2011 to serve and file an answer, and the Scheduling Conference shall be continued to February 25, 2011.

IT IS SO ORDERED.

**Dated:   January 7, 2011**                    **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE