(SPACE BELOW FOR FILING STAMP ONLY)

1 **MARK W. COLEMAN, #117306**
**ROGER S. BONAKDAR, #253920**
2 **NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
3 FRESNO, CA 93721
PHONE (559) 233-2900
4 FAX (559) 485-3852

ATTORNEYS FOR Defendants,
PARMJIT SINGH, BARBARA JEAN BITTER, an Individual
and As Trustee of the Bitter Family Trust, and
ROBERT GEORGE BITTER, an Individual
and As Trustee of the Bitter Family Trust

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| FERNANDO RUBIO,<br><br>Plaintiff,<br><br>vs.<br><br>PARMJIT SINGH, ET AL.,<br><br>Defendants. | Case No.: 1:10-CV-01583-OWW-DLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO SERVE AND FILE ANSWER TO COMPLAINT AND**<br>**ORDER THEREON** |

WHEREAS the parties previously stipulated to an extension of time, to and through January 21, 2011, for each of the Defendants to file an Answer to Plaintiff's complaint.

WHEREAS the parties have substantively discussed settlement, and are working to finalize and Settlement Agreement and Release.

WHEREAS the Defendants' Answers to Plaintiff's Complaint are due today.

WHEREAS the parties believe it to be mutually desirable to avoid further costs of litigation to explore a resolution, which the parties believe can be achieved in the coming weeks.

///

///

///

///

1  IT IS HEREBY STIPULATED by and between attorneys for the respective parties herein that
2  Defendants' Answer to Complaint, be given an extension of time to file their Answer until **January**
3  **28, 2011.**

4  DATED: January 21, 2011.                Respectfully submitted,

5                                          NUTTALL & COLEMAN

6                                          /s/ MARK W. COLEMAN

7                                          _____
                                            MARK W. COLEMAN
8                                           Attorneys for Defendants

9  DATED: January 21, 2011.                MOORE LAW FIRM, PC
10

11                                         /s/ TANYA LEVINSON MOORE

12                                         _____
                                            TANYA LEVINSON MOORE
                                            Attorneys for Plaintiffs
13

14

15                                  **O R D E R**

16  Based on the stipulation of the parties, I find that good cause exists to extend the time for
17  each of the Defendants to file their answer to the Plaintiff's complaint.
18  Defendants, and each of them, shall have to and through January 28, 2011 to serve and file
19  an answer.

20  IT IS SO ORDERED.
21
    **Dated:   January 27, 2011**              /s/ **Dennis L. Beck**
22                                           UNITED STATES MAGISTRATE JUDGE