Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Fernando Rubio

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO RUBIO,<br><br>    Plaintiff,<br><br>  vs.<br><br>PERMJIT SINGH, , et al.,<br><br>    Defendants. | No.  1:10-CV-01583-OWW-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or a motion for summary judgment in this action;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed in this action;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Date: March 28, 2011                MOORE LAW FIRM, P.C.


                        /s/Tanya E. Moore
                        Tanya E. Moore
                        Attorneys for Plaintiff Fernando Rubio


*Rubio v. Singh, et al.*
Notice of Voluntary Dismissal of Action; Order
                        Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: __March 28, 2011__          __/s/ Oliver W. Wanger__
                                                                         UNITED STATES DISTRICT JUDGE

*Rubio v. Singh, et al.*
Notice of Voluntary Dismissal of Action; Order
Page 2